Eunice Yantis, Plaintiff, v. Eldon Yantis, Defendant.
Eunice Ruth Taylor, Formerly Eunice Ruth Yantis,
Plaintiff-Appellant, v. Eldon Edgar Yantis,
Defendant-Appellee.

Gen. No. 10,151.

Third District.
June 10, 1958.
Released for publication June 26, 1958.

Philip
C. Zimmerly, for plaintiff-appellant; T. G. Knappenberger, Jr.,
and John J. Bresee, for defendant-appellee. Opinion by JUDGE
ROETH. Not to be published in full.